UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LILIANA SANCHEZ,

                        Plaintiff,

    v.                                                  Civil No.: 05-CV-9530 (SC)

MetTel Inc., METTEL, and
MANHATTAN TELECOMMUNICATIONS
CORPORATION,

                        Defendants.

---

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

        IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Parties, by their counsel, stipulate that all claims, causes of action, and counterclaims be dismissed on the merits with prejudice and without costs, disbursements or attorneys' fees to any party.

Dated:  October 14, 2009

| **HODGSON RUSS LLP** | **AKIN & SMITH, LLC** |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |
| | |
| By:  s/Joseph S. Brown | By:  s/Derek T. Smith |
|        Joseph S. Brown |        Derek T. Smith, Esq. |
| 140 Pearl Street, Suite 100 | 305 Broadway, Suite 1101 |
| Buffalo, NY 14202 | New York, New York 10007 |
| Telephone:  (716) 856-4000 | Telephone:  (212) 587-0760 |
| *jsbrown@hodgsonruss.com* | *dtslaws@msn.com* |

So Ordered this \_\_\_\_ day of _____, \_\_\_\_\_

_____
U.S.D.J. Samuel J. Conti

029470/00117 Litigation 7024808v1